UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRIS P. WAGEMANN,<br><br>        Plaintiff,<br><br>    v.<br><br>CORP FOR NATIONAL & COMMUNITY SERVICE AMERICORPS VISTA; and UNITED STATES DEPARTMENT OF LABOR EMPLOYEES COMPENSATION APPEALS BOARD,<br><br>        Defendants. | NO: 2:18-CV-153-RMP<br><br>ORDER GRANTING MOTION TO DISMISS FOR LACK OF JURISDICTION |

BEFORE THE COURT is a motion to dismiss for lack of subject matter jurisdiction by Defendant the United States Department of Labor ("Department of Labor"), ECF No. 2, and Plaintiff Kris P. Wagemann's motion to remand the matter to state court, ECF No. 3. The Department of Labor filed a notice of intent to rely on its motion to dismiss rather than file a response to Plaintiff's motion to remand or file further pleadings. ECF No. 4. The Court also reviewed Plaintiff's late-filed

ORDER GRANTING MOTION TO DISMISS ~ 1

response to the Department of Labor's motion to dismiss. *See* ECF No. 6.[1] Although the Department of Labor requested oral argument hearing of the motion to dismiss, the Court finds, upon review of the pending motions and the remaining record, that oral argument would not assist the Court in making its determination. *See* Local Rule 7.1(h)(3)(B)(iv).

Having reviewed the docket in its entirety, as well as the relevant law, the Court is fully informed and finds that it lacks jurisdiction to grant the relief that Plaintiff seeks.

As courts of limited jurisdiction, federal courts have no jurisdiction without specific constitutional or statutory authorization. *Exxon Mobil Corp. v. Allapattah Servs.*, 545 U.S. 546, 552 (2005). "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3).

Ms. Wagemann filed a complaint in Spokane County Superior Court seeking review of a March 28, 2018 decision from the Department of Labor's Employees' Compensation Appeals Board ("ECAP"). Ms. Wagemann seeks judicial review of ECAP's determination under the Federal Employees' Compensation Act ("FECA"),

---

[1] In addition, the Court reviewed Plaintiff's notice of filing of a motion in state court, ECF No. 5 (filed July 10, 2018), and determined that Plaintiff's "Motion to Deny Removal," filed in Spokane County Superior Court on June 13, 2018, did not raise issues beyond those raised by Plaintiff's motion to remand, ECF No. 3.

ORDER GRANTING MOTION TO DISMISS ~ 2

5 U.S.C. § 8101 *et seq.*, that certain health conditions claimed by Ms. Wagemann were not caused by a June 2012 incident at her federal workplace. *See* ECF No. 1-2.

However, "FECA contains an 'unambiguous and comprehensive' provision barring any judicial review of the Secretary of Labor's determination of FECA coverage." *Southwest Marine v. Gizoni*, 502 U.S. 81, 90 (1991) (quoting *Lindahl v. Office of Personnel Mgmt.*, 470 U.S. 767, 780, note 13 (1985)). Administrative remedies are the exclusive recourse against the United States for a job-related injury. *Figueroa v. U.S.*, 7 F.3d 1405, 1407 (9th Cir. 1993) ("The remedies provided under FECA are exclusive of all other remedies against the United States for job-related injury or death."). Therefore, this Court lacks subject matter jurisdiction to resolve Plaintiff's complaint; nor is judicial review available in state court. *See* 5 U.S.C. § 8128(b).

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant United States Department of Labor's Motion to Dismiss for Lack of Subject Matter Jurisdiction, **ECF No. 2**, is **GRANTED**.
2. Plaintiff's complaint is **dismissed with prejudice**, and judgment shall be entered for Defendants without costs or fees to any party.
3. The oral argument hearing set for Thursday, July 19, 2018, at 9:30 a.m. is **STRICKEN**.
4. Plaintiff Ms. Wagemann's Motion to Remand, **ECF No. 3**, is **DENIED AS MOOT**.

1  **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

2  Order, provide copies to Plaintiff and counsel, enter judgment as directed, and **close**

3  **this case**.

4  **DATED** July 11, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING MOTION TO DISMISS ~ 4