# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 11, 2018

SEAN F. McAVOY, CLERK

KRIS P. WAGEMANN,

*Plaintiff*

v.

US DEPARTMENT OF LABOR EMPLOYEES COMPENSATION APPEALS BOARD,

*Defendant*

Civil Action No. 2:18-CV-153-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Remand (ECF No. 3) is DENIED.
Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 2) is GRANTED.
Plaintiff's complaint is dismissed with prejudice, and judgment shall be entered for Defendants without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for dismissal.

Date: 07/11/2018

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez